AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>CLERK U.S. DISTRICT COURT<br>450 GOLDEN GATE AVE., BOX 36060<br>SAN FRANCISCO, CA 94102 | C 07 4850 PJH |
|---|---|---|
| DOCKET NO. CV-07-4850 PJH | DATE FILED 9-20-07 | |
| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.141.53 2007-04-26 01:32:43 EDT  **CASE ID#** 126784415

**P2P Network:** Gnutella  **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cardigans | Lovefool | First Band On The Moon | 236-200 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Interscope Records | No Doubt | New | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.141.53 2007-04-26 01:32:43 EDT          **CASE ID#** 126784415

**P2P Network:** Gnutella                                      **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cardigans | Lovefool | First Band On The Moon | 236-200 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Interscope Records | No Doubt | New | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.141.53 2007-04-26 01:32:43 EDT       **CASE ID#** 126784415

**P2P Network:** Gnutella                                                                **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cardigans | Lovefool | First Band On The Moon | 236-200 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Interscope Records | No Doubt | New | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.141.53 2007-04-26 01:32:43 EDT         **CASE ID#** 126784415

**P2P Network:** Gnutella                                      **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cardigans | Lovefool | First Band On The Moon | 236-200 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Interscope Records | No Doubt | New | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | | DEFENDANT<br>JOHN DOE |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.141.53 2007-04-26 01:32:43 EDT      **CASE ID#** 126784415

**P2P Network:** Gnutella      **Total Audio Files:** 419

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Cardigans | Lovefool | First Band On The Moon | 236-200 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Interscope Records | No Doubt | New | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |