1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; and
   INTERSCOPE RECORDS
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UMG RECORDINGS, INC., a Delaware          CASE NO.
   corporation; SONY BMG MUSIC
13 ENTERTAINMENT, a Delaware general         [PROPOSED] ORDER GRANTING
   partnership; and INTERSCOPE RECORDS, a    PLAINTIFFS' EX PARTE APPLICATION
14 California general partnership,           FOR LEAVE TO TAKE IMMEDIATE
15                     Plaintiffs,           DISCOVERY

16      v.

17

18 JOHN DOE,
                       Defendant.
19

20

21

22

23

24

25

26

27

28

Proposed Order
Case No.
#32610 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3    ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4    Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45
5    subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6    address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7    The disclosure of this information is consistent with California State Univ - Monterey Bay's
8    obligations under 20 U.S.C. 1232g.
9    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11    under the Copyright Act.

Dated: 10/1/07          By: _____
                              United States District Judge