1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; and
   INTERSCOPE RECORDS
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

                        C 07 4850 PJH

11

12  UMG RECORDINGS, INC., a Delaware           CASE NO.
    corporation; SONY BMG MUSIC
13  ENTERTAINMENT, a Delaware general          [PROPOSED] ORDER GRANTING
    partnership; and INTERSCOPE RECORDS, a     PLAINTIFFS' EX PARTE APPLICATION
14  California general partnership,            FOR LEAVE TO TAKE IMMEDIATE
                                               DISCOVERY
15                         Plaintiffs,

16       v.

17

18  JOHN DOE,
                           Defendant.
19

20
21
22
23
24
25
26
27
28

Proposed Order
Case No.
#32610 v1

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on California State Univ - Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is consistent with California State Univ - Monterey Bay's obligations under 20 U.S.C. 1232g.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: _____       By: _____
                                United States District Judge