Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04850-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1   Plaintiffs respectfully request that the Court continue the case management conference
2   currently set for January 3, 2008, at 2:30 p.m. to April 3, 2008.
3   Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,
4   2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5   Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California
6   State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain
7   information sufficient to identify Defendant. On October 1, 2007, this Court issued its Order
8   Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing
9   Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay. On November 30, 2007, Cal
10  State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying
11  information including Defendant's name, telephone number, and address.
12  Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
13  Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible
14  settlement of this matter. If the parties do not reach a settlement, Plaintiffs will file an amended
15  complaint naming Defendant personally.
16  Given the foregoing circumstances, and because there is not yet a named defendant in this
17  case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the
18  Court continue the case management conference currently set for January 3, 2008, at 2:30 p.m. to
19  April 3, 2008.

20  Dated: December 20, 2007                    HOLME ROBERTS & OWEN LLP

22                                              By:      */s/ Matthew Franklin Jaksa*
23                                                    MATTHEW FRANKLIN JAKSA
                                                      Attorney for Plaintiffs
24                                                    UMG RECORDINGS, INC.; SONY BMG
                                                      MUSIC ENTERTAINMENT; and
25                                                    INTERSCOPE RECORDS

1

# **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 3, 2008, at 2:30 p.m. be continued to April 3, 2008.

Dated: _____     By: _____
                                          Honorable Phyllis J. Hamilton
                                          United States District Judge