1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; and
   INTERSCOPE RECORDS
8
9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

11 UMG RECORDINGS, INC., a Delaware         CASE NO. 3:07-CV-04850-PJH
12 corporation; SONY BMG MUSIC
   ENTERTAINMENT, a Delaware general        Honorable Phyllis J. Hamilton
13 partnership; and INTERSCOPE RECORDS, a
   California general partnership,          **_EX PARTE_ APPLICATION TO CONTINUE**
14                        Plaintiffs,        **CASE MANAGEMENT CONFERENCE**
                                            **AND [~~PROPOSED~~] ORDER**
15          v.
16
17 JOHN DOE,
18                        Defendant.
19
20
21
22
23
24
25
26
27
28

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04850-PJH
#34558 v1

1    Plaintiffs respectfully request that the Court continue the case management conference

2    currently set for January 3, 2008, at 2:30 p.m. to April 3, 2008.

3    Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,

4    2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take

5    Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California

6    State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain

7    information sufficient to identify Defendant.  On October 1, 2007, this Court issued its Order

8    Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing

9    Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay.  On November 30, 2007, Cal

10   State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying

11   information including Defendant's name, telephone number, and address.

12   Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,

13   Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible

14   settlement of this matter.  If the parties do not reach a settlement, Plaintiffs will file an amended

15   complaint naming Defendant personally.

16   Given the foregoing circumstances, and because there is not yet a named defendant in this

17   case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the

18   Court continue the case management conference currently set for January 3, 2008, at 2:30 p.m. to

19   April 3, 2008.

20   Dated:  December 20, 2007                    HOLME ROBERTS & OWEN LLP

21

22                                                 By:  _____/s/ Matthew Franklin Jaksa____
                                                        MATTHEW FRANKLIN JAKSA
23                                                      Attorney for Plaintiffs
                                                        UMG RECORDINGS, INC.; SONY BMG
24                                                      MUSIC ENTERTAINMENT; and
                                                        INTERSCOPE RECORDS
25

26

27

28

1

## ORDER

2      Good cause having been shown:

3      **IT IS ORDERED** that the case management conference currently set for January 3, 2008, at

4    2:30 p.m. be continued to April 3, 2008.

5

6

7    Dated: _12/21/07_ _____      By: _____ton



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1