Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>     Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>     Defendant. | CASE NO. 3:07-CV-04850-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for April 3, 2008, at 2:30 p.m. to July 3, 2008. As further explained below, while Plaintiffs believe they have discovered the true identity of the Doe defendant in this case, they are engaged in settlement negotiations and accordingly have not yet filed a First Amended Complaint naming her as an individual defendant or served her with process. In support of their request, Plaintiffs state as follows:

1.  Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP"). In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

2.  The Court entered an Order for Leave to take Immediate Discovery on October 1, 2007 which was promptly served upon the ISP along with a Rule 45 subpoena. On November 30, 2007, the ISP responded to Plaintiffs' subpoena, identifying the individual associated with the Internet Protocol address. Plaintiffs then sent the individual a letter encouraging her to contact Plaintiffs and attempt to resolve this matter to avoid further litigation.

3.  On December 21, 2007, the Court issued an Order granting Plaintiffs' previous request to continue the case management conference from the original date of January 3, 2008 to the currently scheduled date.[1]

4.  Since that time the parties have been in contact, and discussed settlement. Settlement negotiations are ongoing, and Plaintiffs wish to give Defendant a brief period of time to conclude settlement negotiations before proceeding with the litigation. If the case settles, Plaintiffs

---

[1] The Court also issued a January 14, 2008 Order granting Plaintiffs' request for a 90-day extension of time for service.

1

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04850-PJH
#36356 v1

1  will promptly file appropriate dispositional documents.  If the case does not settle, Plaintiffs plan to
2  file a First Amended Complaint naming Defendant individually and proceed to serve her with
3  process.

4        5.      Given the circumstances of this case, there is no need for a case management
5  conference at this time, and Plaintiffs respectfully request that the case management conference be
6  continued from April 3, 2008 to July 3, 2008, or such other date as conveniences the Court.

7        6.      Plaintiffs will provide the Defendant with a copy of this request and any Order
8  concerning this request when service of process occurs.

Dated:  March 24, 2008             HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

### [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 3, 2008, at 2:30 p.m. be continued to July 3, 2008.

Dated:  3/26/08

By: _____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2