Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>              Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>              Defendant. | CASE NO. 3:07-CV-04850-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Voluntary Dismissal
Case No. 3:07-cv-04850-PJH
#36884 v1

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG Recordings Inc., *et al*., by and
2   through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims
3   against Defendant John Doe, also identified as ID # 126784415 with IP address 207.62.141.53 2007-
4   04-26 01:32:43 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5   respectfully requested to close this case.

Dated:  April 18, 2008                                HOLME ROBERTS & OWEN LLP

                                                      By:  _____*/s/ Matthew Franklin Jaksa*___
                                                           MATTHEW FRANKLIN JAKSA
                                                           Attorney for Plaintiffs
                                                           UMG RECORDINGS, INC.; SONY BMG
                                                           MUSIC ENTERTAINMENT; and
                                                           INTERSCOPE RECORDS

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 18, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Melinda Cruz**
> **3425 E 3rd Street**
> **Los Angeles, CA 90063**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2008 at San Francisco, California.

*Della Grant*
———————————
Della Grant