1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:          matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; and
   INTERSCOPE RECORDS

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>             Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>             Defendant. | CASE NO. 3:07-CV-04850-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>AND ORDER |

1      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG Recordings Inc., *et al.*, by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims
3  against Defendant John Doe, also identified as ID # 126784415 with IP address 207.62.141.53 2007-
4  04-26 01:32:43 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

6  Dated:  April 18, 2008                              HOLME ROBERTS & OWEN LLP

8                                                   By: _____*/s/ Matthew Franklin Jaksa*___
9                                                            MATTHEW FRANKLIN JAKSA
                                                          Attorney for Plaintiffs
10                                                  UMG RECORDINGS, INC.; SONY BMG
                                                MUSIC ENTERTAINMENT; and
11                                                  INTERSCOPE RECORDS



IT IS SO ORDERED
Judge Phyllis J. Hamilton
4/21/2008
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Notice of Voluntary Dismissal
Case No. 3:07-cv-04850-PJH
#36884 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 18, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Melinda Cruz**
> **3425 E 3rd Street**
> **Los Angeles, CA 90063**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2008 at San Francisco, California.

_Della Grant_
Della Grant

---

PROOF OF SERVICE
Case No. 3:07-cv-04850-PJH
#36884 v1

1